FORM B5.
(12/03)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Falke, Inc. | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.)<br>None |
|---|---|

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state,<br><br>7620 Little River Turnpike,<br>Suite 600<br>Annandale, VA  22003 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
Fairfax

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7    [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- [ ] Debts are primarily consumer debts
- [✓] Debts are primarily business debts

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

TYPE OF DEBTOR
- [ ] Individual
- [ ] Partnership
- [✓] Corporation
- [ ] Other: _____
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Railroad

General Contractor

| **VENUE** | **FILING FEE (Check One Box)** |
|---|---|
| [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | [✓] Full Filing Fee attached |
| [ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
  b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor: Falke, Inc.

FORM 5 Involuntary Petition (12/02)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ William Smith — President
Signature of Petitioner or Representative (State title)
KT Enterprises, Inc.
Name of Petitioner    Date Signed 5/11/05

Name & Mailing Address of Individual Signing in Representative Capacity:
William Smith, President
KT Enterprises, Inc.
43571 John Mosby Hwy., #110
Chantilly, VA 20152

x /s/ Attorney    5/11/05
Signature of Attorney    Date
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)
Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone No. 703-218-2134

---

x _____ Vice President
Signature of Petitioner or Representative (State title)
Northern Fire Protection, Inc.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Hauck, Vice President
Northern Fire Protection, Inc.
21530 Blackwood Ct., Ste 150
Sterling, VA 20166

x _____
Signature of Attorney    Date
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)
Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone No. 703-218-2163

---

x _____ Assist. Treasurer
Signature of Petitioner or Representative (State title)
Capitol Building Supply, Inc.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott Kromer, Assist. Treasurer
Capitol Building Supply, Inc.
8429 Euclid Avenue
Manassas Park, VA 20111

x _____
Signature of Attorney    Date
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)
Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone No. 703-218-2034

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| KT Enterprises, Inc.<br>43571 John Mosby Hwy., #110<br>Chantilly, VA 20152 | Breach of Contract | 180,588.07 |
| Northern Fire Protection, Inc.<br>21530 Blackwood Ct, Ste 150<br>Sterling, VA 20166 | Breach of Contract | 42,307.00 |
| Capitol Building Supply, Inc.<br>8429 Euclid Avenue<br>Manassas Park, VA 20111 | Breach of Contract | 3,320.56 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>226,215.63 |

__0__ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 30726

Name of Debtor  Falke, Inc.

FORM 5 Involuntary Petition (12/02)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ President
Signature of Petitioner or Representative (State title)
KT Enterprises, Inc.
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
William Smith, President
KT Enterprises, Inc.
43571 John Mosby Hwy., #110
Chantilly, VA 20152

X _____                     Date
Signature of Attorney
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)

Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031

Telephone No. 703-218-2134

---

X /s/ Robert Hauck   Vice President
Signature of Petitioner or Representative (State title)
Northern Fire Protection, Inc.    5-11-05
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Hauck, Vice President
Northern Fire Protection, Inc.
21530 Blackwood Ct., Ste 150
Sterling, VA 20166

X /s/ _____    5/11/05
Signature of Attorney                    Date
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)

Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031

Telephone No. 703-218-2163

---

X _____ Assist. Treasurer
Signature of Petitioner or Representative (State title)
Capitol Building Supply, Inc.
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott Kromer, Assist. Treasurer
Capitol Building Supply, Inc.
8429 Euclid Avenue
Manassas Park, VA 20111

X _____                     Date
Signature of Attorney
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)

Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031

Telephone No. 703-218-2034

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| KT Enterprises, Inc.<br>43571 John Mosby Hwy., #110<br>Chantilly, VA 20152 | Breach of Contract | 180,588.07 |
| Northern Fire Protection, Inc.<br>21530 Blackwood Ct, Ste 150<br>Sterling, VA 20166 | Breach of Contract | 42,307.00 |
| Capitol Building Supply, Inc.<br>8429 Euclid Avenue<br>Manassas Park, VA 20111 | Breach of Contract | 3,320.56 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>226,215.63 |

_____0_____ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 30726

Name of Debtor  Falke, Inc.

FORM 5 Involuntary Petition (12/02)

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ President
Signature of Petitioner or Representative (State title)

Name of Petitioner: KT Enterprises, Inc.
Date Signed: ___

Name & Mailing Address of Individual Signing in Representative Capacity:
William Smith, President
KT Enterprises, Inc.
43571 John Mosby Hwy., #110
Chantilly, VA 20152

X _____ Date
Signature of Attorney
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)

Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone No. 703-218-2134

---

X _____ Vice President
Signature of Petitioner or Representative (State title)

Name of Petitioner: Northern Fire Protection, Inc.
Date Signed: ___

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Hauck, Vice President
Northern Fire Protection, Inc.
21530 Blackwood Ct., Ste 150
Sterling, VA 20166

X _____ Date
Signature of Attorney
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)

Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone No. 703-218-2163

---

X /s/ Scott Kromer  Assist. Treasurer
Signature of Petitioner or Representative (State title)

Name of Petitioner: Capitol Building Supply, Inc.
Date Signed: 5/11/05

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott Kromer, Assist. Treasurer
Capitol Building Supply, Inc.
8429 Euclid Avenue
Manassas Park, VA 20111

X /s/ _____  5/11/05 Date
Signature of Attorney
Odin, Feldman & Pittleman, PC
Name of Attorney Firm (If any)

Address: 9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone No. 703-218-2034

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| KT Enterprises, Inc. 43571 John Mosby Hwy., #110 Chantilly, VA 20152 | Breach of Contract | 180,588.07 |
| Northern Fire Protection, Inc. 21530 Blackwood Ct, Ste 150 Sterling, VA 20166 | Breach of Contract | 42,307.00 |
| Capitol Building Supply, Inc. 8429 Euclid Avenue Manassas Park, VA 20111 | Breach of Contract | 3,320.56 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 226,215.63 |

0 continuation sheets attached